JUDGE BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | NO.  CR09-5875RJB |
| Plaintiff,        ) | |
| ) | ORDER CONTINUING |
| vs.                                                ) | PRETRIAL MOTIONS |
| ) | CUTOFF DATE AND JURY TRIAL |
| PEDRO MONTERO-LUJANO,             ) | DATE |
| ) | |
| Defendant.       ) | |
| _____ ) | |

THIS MATTER having come on regularly before the above-entitled Court, upon the motion of Defendant, PEDRO MONTERO-LUJANO, and the United States for continuance of the pretrial motions cutoff date, due date for trial brief filing and jury trial date in this proceeding; the Court finding that a continuance is appropriate to allow further discovery, consideration of and preparation of additional motions; now, therefore, it is hereby

ORDERED that the pretrial motion cutoff date be continued from April 15, 2010 to August 12, 2010; the pretrial conference date is continued from April 23, 2010 to August 20, 2010; and the trial date is continued from May 3, 2010 to August 30, 2010.

DATED this 15th day of April, 2010.

_____
ROBERT J. BRYAN
United States District Judge

Presented by

/s/  Thomas A. Cena, Jr.
_____
THOMAS A. CENA, JR., WSBA NO. 6539
Attorney for Defendant

Order Continuing

THOMAS A. CENA, JR.
Attorney at Law
2115 North 30th, Suite 201
Tacoma, WA  98403
(253) 572-5120  Fax: (253) 593-4503
E-MAIL:  TomC55@nventure.com