Judge Robert J. Bryan

**09-CR-05875-ORD**

FILED ___ LODGED
___ RECEIVED

AUG 13 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> PEDRO MONTERO LUJANO, <br> Defendant. | NO. CR09-5875FDB <br><br> [PROPOSED] ORDER GRANTING GOVERNMENT MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DATE |

Upon the motion of the government to continue the trial and pretrial motions due date in the above-captioned case, and based upon the facts set forth in the government's motion, which are hereby incorporated by reference, the Court finds that such a continuance would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial; therefore,

IT IS HEREBY ORDERED that the trial date be continued to _15 Nov_, 2010. The period of delay resulting from this continuance from August 30, 2010 to the new trial date of _15 Nov_, 2010, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) for the purpose of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

Order Granting Govt. Motion to Continue Trial Date, etc.
U.S. v. Pedro Montero Lujano/CR09-5875RJB - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800

1  IT IS FURTHER ORDERED that the pretrial motions due date be extended to
2  __22 Oct__, 2010, and a pretrial conference hearing is set for
3  __5 Nov__, 2010 at 8:30 AM.
4  DATED this __13th__ day of August, 2010

  Robert J. Bryan
  ROBERT J. BRYAN
  United States District Judge

10 Presented by:

  s/ *Douglas J. Hill*
13 DOUGLAS J. HILL
  Special Assistant United States Attorney

Order Granting Govt.Motion to Continue Trial Date, etc.
U.S. v. Pedro Montero Lujano/CR09-5875RJB - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800